JAMES H. BRAND, Appellant, v. FRANCES HANAN BRAND, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, on the ground that this case is not distinguishable from the case made on the former appeal in which this court reversed a similar order. (See 178 App. Div. 822.)     Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

WILLIAM A. ULMAN, Appellant, v. CARLETON HUDSON (Otherwise Known as CARLETON HUDSON BETTS), Respondent.     WILLIAM A. ULMAN, Appellant, v. MEDORA T. HUDSON (Otherwise Known as MEDORA T. HUDSON BETTS), Respondent.— Order affirmed, with ten dollars costs and disbursements.     No opinion.     Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

HARRIET E. ERLANGER, Respondent, v. ARTHUR G. ERLANGER, Appellant.— Order affirmed, with ten dollars costs and disbursements.     No opinion.     Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

SIDNEY ASH, Respondent, v. UNITED TOILET GOODS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date on which the inspection shall be had to be fixed in the order.     No opinion. Order to be settled on notice.     Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

LILLIAN M. MAURY, Respondent, v. V. LE BEAU MAURY, Appellant.— Order modified as stated in order, and as so modified affirmed, without costs.     No opinion.     Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

POTTER PRINTING PRESS COMPANY, Appellant, v. KELLOGG TOASTED CORN FLAKE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements.     No opinion.     Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

MAC SCHLADOWSKI v. JULIUS OPPENHEIMER.— Motion to dismiss appeal granted, with ten dollars costs.     No opinion.     Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

FRANCIS SPEIR and Others v. FREDERIC A. TANNER.— Motion to dismiss appeal granted, with ten dollars costs.     No opinion.     Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

OKLAHOMA EXPLORATION OIL AND GAS CORPORATION v. GEORGE P. SPITTALL, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.     Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

EMMA F. SULLY v. TIFFANY & COMPANY.— Motion to dismiss appeal granted, with ten dollars costs.     Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

J. WILSON BRYANT and Others v. CENTURY BANK OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.     Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

FREDERICK S. HOLMES v. ROY C. MEGARGEL and Others.— Motion to

dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

Frederick S. Holmes v. Roy C. Megargel and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

William Delve v. Joseph M. Devere.— Motion to dismiss appeal denied. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

Mauro Pizzutiello v. Thomas Mulligan and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

The People of the State of New York v. Thomas McIntyre and John Sayres.— Motion to dismiss appeal granted. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

The People of the State of New York v. Vito Randazzo.— Motion to dismiss appeal granted. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of Turbo Electric Construction Company.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

J. Pitman Company v. Preferred Accident Insurance Company of New York.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

International Paper Company v. New York Central Railroad Company.— Application granted upon plaintiff's filing stipulation required by order. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

Mathias Lazareff v. Charles D. Norton Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

Henry E. Dixey v. Punch and Judy Theatre Company, Inc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

Alex Miletisch v. Alluminum Company of America.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

William E. Ficklen and Others v. F. William Stocker, Inc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

MacArthur Bros. Company and Others v. The City of New York.— Motion granted. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of Edmund D. Teller, Deceased.— Motion for reargument denied. Motion to go to Court of Appeals granted upon entry of order upon the decision of June 8, 1917. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

William Thornton and Others, as Trustees, etc., v. Netherlands American Steam Navigation Company (Holland-American Line).—